# United States Court of Appeals
# for the Fifth Circuit

---

No. 22-50501
Summary Calendar

---

United States Court of Appeals
Fifth Circuit

**FILED**
January 9, 2023

Lyle W. Cayce
Clerk

United States of America,

*Plaintiff—Appellee*,

*versus*

Aaron Jocet Jarquin-Hernandez,

*Defendant—Appellant*.

---

Appeal from the United States District Court
for the Western District of Texas
USDC No. 4:22-CR-7-1

---

Before Jones, Stewart, and Oldham, *Circuit Judges.*

Per Curiam:[*]

Aaron Jocet Jarquin-Hernandez appeals his conviction and sentence for illegal reentry after deportation in violation of 8 U.S.C. § 1326(a) and (b)(2). He challenges the constitutionality of § 1326(b), which increases the maximum punishment based on a prior felony or aggravated felony conviction. Jarquin-Hernandez concedes that his argument is foreclosed and

---

[*] This opinion is not designated for publication. *See* 5th Cir. R. 47.5.

indicates he wishes to preserve it for further review.  In addition, he has filed an unopposed motion for summary disposition.

Jarquin-Hernandez is correct that the sole issue raised on appeal is foreclosed by *Almendarez-Torres v. United States*, 523 U.S. 224 (1998).  *See United States v. Pervis*, 937 F.3d 546, 553-54 (5th Cir. 2019); *United States v. Wallace*, 759 F.3d 486, 497 (5th Cir. 2014).  Summary disposition is therefore appropriate.  *See Groendyke Transp., Inc. v. Davis*, 406 F.2d 1158, 1162 (5th Cir. 1969).

Accordingly, Jarquin-Hernandez's motion for summary disposition is GRANTED, and the district court's judgment is AFFIRMED.